UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BALL, et al., | ) CASE NO. C05-0478-MAT <br> )          C05-1672MAT <br> ) <br> ) ORDER GRANTING STIPULATED <br> ) MOTION TO CONSOLIDATE AND <br> ) CONSENT TO A MAGISTRATE <br> ) JUDGE <br> ) <br> ) <br> ) |
| Plaintiffs, | |
| v. | |
| WESTERN INDUSTRIAL, INC., et al., | |
| Defendants. | |

This matter having come before the Court upon the parties Stipulated Motion to Consolidate, it is hereby ORDERED that:

Cause Nos. C05-0478-MAT and C05-1672-MAT, in the United States District Court for the Western District of Washington at Seattle, are hereby consolidated under <u>Cause No. C05-0478-MAT</u>. The Clerk is hereby directed to issue a new case schedule under that matter.

It is further ordered that the parties' stipulation to consent to this matter before a Magistrate Judge is accepted.

DATED this <u>12th</u> day of <u>December</u>, 2005.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE AND CONSENT TO A MAGISTRATE JUDGE
PAGE -1